IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:22-cv-01589-CNS-STV

VICKIE SYKES

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY d/b/a ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

      Defendant.

## ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER coming on to be heard upon the Stipulation for Dismissal with Prejudice (ECF No. 49) of the plaintiff, Vickie Sykes, and the defendant, Allstate Insurance Company d/b/a Allstate Fire and Casualty Insurance Company, and the Court having examined said Stipulation,

FINDS that the Stipulation is proper and should be approved.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all matters concerning Vickie Sykes in the within action against Allstate Insurance Company d/b/a Allstate Fire and Casualty Insurance Company be and the same hereby are, dismissed with prejudice, each party to pay their own costs and attorney fees.

1

Dated this 22nd day of May 2024.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Court Judge

2